# Court of Appeals
# of the State of Georgia

ATLANTA,  January 26, 2017

*The Court of Appeals hereby passes the following order:*

**A16A1699.  RICHARDS v. THE STATE.**

Following plenary review, including a review of the complete transcript from the motion to suppress hearing, and based upon careful consideration of the applicable case law, we have determined that the application for interlocutory appeal was improvidently granted.  Therefore this appeal is accordingly DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/26/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*